STOCK GROWERS' BANK, Respondent, v. NEFSY, et al, Appellants.

(218 N. W. 18.)

(File No. 5605. Opinion filed February 28, 1928.)

*Henry Frawley*, of Deadwood, and *Fuller & Robinson*, of Pierre, for Appellants.

*Stephens, McNamee, O'Keeffe & Stephens*, of Pierre, for Respondent.

CAMPBELL, J. This is a companion case to Giddings v. Nefsy, 52 S. D. 436, 218 N. W. 18, this day decided, and is likewise before us on rehearing. For the former opinion see 51 S. D. 72, 212 N. W. 512. In this case also the former opinion is adhered to.

SHERWOOD and BROWN, JJ., concur.
BURCH, P. J., and POLLEY, J., dissent.